UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

| | |
|---|---|
| PAWTUXET VALLEY PRESCRIPTION & SURGICAL CENTER, INC. | BK. 07-11767 CHAPTER 11 |

Debtor-In-Possession

**ORDER**

This matter came to be heard on the Debtor's Motion to Obtain Postpetition Credit on a Secured Basis and the objection of BankRI thereto. After hearing and consideration of the parties' evidence and arguments it is hereby

ORDERED

That the Debtor may order the drug Synagis on credit from H.D. Smith Wholesale Drug Company ("H.D. Smith") in accordance with the terms of the Court's interim order of October 29, 2007 (Docket # 99).

ENTERED as an Order of this Court as of this 29th day of November, 2007.

PER ORDER:

L. Spaight
Deputy Clerk

ENTER:

Hon. Arthur N. Votolato, Jr.
United States Bankruptcy Judge

Entered on Docket:
11/29/07