Form B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 08 014S

**APPEAL COVER SHEET**

1. BK. # 07-11767 [CA] #
2. Title of Bankruptcy Case Pawtuxet Valley Prescription & Surgical Center, Inc.
3. Appellant: Bank Rhode Island

   Name & Address of Counsel for Appellant(s):

   Denean Russo, Esq.
   MacAdams Wieck DeLuca & Gemma Inc.
   101 Dyer Street, Suite 400
   Providence, RI 02903 (401)454-8700
4. Appellee: Pawtuxet Valley Prescription & Surgical Center, Inc.

   Name & Address of Counsel for Appellee(s):

   Steven Boyajian, Esq. & Andrew Richardson, Esq.
   Boyajian Harrington & Richardson
   182 Waterman Street
   Providence, RI 02906 (401) 273-9600
5. Additional Counsel:

   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: **Yes X** No
7. Special Comments: **related C.A. No. 07-390**

   ****Two motions attached that require immediate attention.****