**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re:<br><br>PAWTUXET VALLEY PRESCRIPTION<br>& SURGICAL CENTER, INC.,<br>Debtor. | Bk. No. 07 - 11767<br>(Chapter 11) |

**APPELLANT'S AMENDED DESIGNATION OF THE RECORD AND STATEMENT OF THE ISSUE ON APPEAL**

Secured creditor, Bank Rhode Island ("Bank"), pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby submits its designation of the items to be included in the record on appeal and a statement of the issue presented on appeal from the Order granting the Debtor's Motion to Obtain Postpetition Credit on a Secured Basis, which was entered by the U.S. Bankruptcy Court for the District of Rhode Island on November 29, 2007.

## I. THE RECORD ON APPEAL SHALL INCLUDE THE FOLLOWING:

USE OF BANK'S CASH COLLATERAL (11 U.S.C. §363)

A. Debtor's Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral, filed with the Bankruptcy Court on September 4, 2007.

B. Joint Pretrial Order filed by the parties on September 14, 2007.

C. Order entered by the Bankruptcy Court on September 27, 2007, authorizing the Debtor's interim use of cash collateral.

D. Transcript of the hearing held before the Bankruptcy Court on September 5, 17, 18, 19 & 21, and October 4, 2007, on the Debtor's Motion for Use of Cash Collateral.

E. Order Allowing Use of Cash Collateral, entered by the Bankruptcy Court on October 5, 2007.

F. Notice of Appeal from the cash collateral Order filed by the Bank on October 15, 2007.

G. Appellant's Election Form filed by the Bank on October 15, 2007, opting out of the Bankruptcy Appellate Panel for the First Circuit.

Bank's Exhibits from Bankruptcy Court Hearing:*

1. 11/15/06 e-mail from Debtor to Bank with attached internal financial statements for fiscal year ending 9/30/06.

2. 2/21/07 adjusted internal financial statements from Debtor to Bank for fiscal year ending 9/30/06.

3. 5/16/07 adjusted internal financial statements from Debtor to Bank for fiscal year ending 9/30/06.

5. 3/12/07 letter from Bank to Debtor regarding the field exam completed by Hollis Meddings in early March 2007.

6. 3/27/07 e-mail correspondence from Debtor to Bank with attached internal financial statements through February 2007.

10. 5/23/07 and 5/24/07 letters from Debtor to the Bank regarding field examination and concerns of Bank.

11. 7/27/07 e-mail from Debtor to Bank with attached internal financial statements through June 2007.

12. 8/30/07 letter from Debtor's counsel to Bank's counsel with enclosed internal financial statements through July 2007, and projections for August 2007 and first week of September 2007.

13. 9/4/07 e-mail from Debtor's counsel to Bank's counsel with attached internal projections for years ending September 30, 2007 and September 30, 2008.

15. Graph showing Debtor's Consolidated Monthly Revenue & Income Comparisons from October 2006 through July 2007.

16. Graph showing Debtor's Monthly Deposit Activity from June 2006 through August 2007.

17. Graph showing Amerisource/F.D. Smith Wire Volume from August 2006 through August 2007.

19. 2/22-28/07 Hollis Meddings Group Exam Report

20. 6/21, 22, 25, 26/07 Hollis Meddings Group Exam Report

21. 6/29/07 e-mail from Mark Gilmore to Lori Webber attaching the A/P aging and also discussion the fact that they had an extensive meeting with a lender group on 6/28/07

22. PVP Daily Credit/Debit Activity as of 9/19/07

23. PVPSC Accounts Receivable Aging – August 2007

Debtor's Exhibits from Bankruptcy Court Hearing:*

1. Accounts Receivable Aging, July 2007

2. Appraisal of Debtor's tangible property by Manuel C. Ponte dated September 13, 2007

5. Appraisal of specific items of Debtor by Samuel Shapiro dated September 28, 2007.

7. Appraisal of two (2) generators of Debtor by Samuel Shapiro dated October 3, 2007.

* Appellant is using the same Exhibit numbers as those documents admitted into evidence in full during the cash collateral hearing.

---

DEBTOR'S POSTPETITION SECURED FINANCING (11 U.S.C. §364)

H. Debtor's Motion to Obtain Postpetition Credit on a Secured Basis, together with Memorandum of Law in Support, filed with the Bankruptcy Court on October 8, 2007.

I. Debtor's Exhibit A to Memorandum of Law in Support, filed with the Bankruptcy Court on October 9, 2007.

J. Debtor's Schedules, Statement of Financial Affairs with attachments, List of 20 Largest Unsecured Creditors, Disclosure of Attorney Compensation, all filed with the Bankruptcy Court on October 11, 2007.

K. Memorandum in Support of Bank Rhode Island's Objection to Debtor's Motion for Postpetition Secured Credit, filed with the Bankruptcy Court on October 17, 2007.

L. Transcript of the hearing held before the Bankruptcy Court on October 18, 2007 and November 7 & 8, 2007, on the Debtor's Motion to Obtain Postpetition Credit on a Secured Basis.

M. Interim Consent Order Regarding Postpetition Credit, entered by the Bankruptcy Court on October 29, 2007.

N. Interim Order extending postpetition credit authorization of October 29, 2007 until further order, entered by the Bankruptcy Court on November 7, 2007.

O. Order granting the Debtor's Motion to Obtain Postpetition Credit on a Secured Basis, entered by the Bankruptcy Court on November 29, 2007.

P. Notice of Appeal from the postpetition secured financing Order filed by the Bank on December 6, 2007.

Q. Appellant's Election Form filed by the Bank on December 6, 2007, opting out of the Bankruptcy Appellate Panel for the First Circuit.

Bank's Exhibits from Bankruptcy Court Hearing:°

2. 10/30/07 e-mail from Debtor's counsel to Bank's counsel with attached Income and Expense Financial Statements through September 30, 2007 (Debtor's fiscal year 2007).

3. 11/1/07 correspondence from Debtor's counsel to Bank's counsel with attached Year End Reconciliations to Income and Expense Financial Statements for fiscal year ending September 30, 2007.

4. 10/30/07 e-mail from Debtor's counsel to Bank's counsel with attached Monthly Operating Report to U.S. Trustee for month of September 2007.

5. Graph showing Debtor's monthly Gross Accounts Receivable Balance, excluding Synagis A/R, from July 2007 through October 2007 (does not segregate BCBSRI Advance).

6. Graph showing Debtor's monthly Gross Accounts Receivable Balance, excluding Synagis A/R, from July 2007 through October 2007 (does segregate BCBSRI Advance).

7. Report showing Debtor's Accounts Receivable Aging from July 2007 through October 31, 2007, excluding Synagis A/R.

8. Bank's analysis showing Debtor's Synagis projections and non-Synagis revenue and expense projections for months of October 2007 through April 2008.

° Appellant is using the same Exhibit numbers as those documents admitted into evidence in full during the debtor-in-possession secured financing hearing.

## II. **THE ISSUE ON APPEAL IS AS FOLLOWS:**

1. Whether the Bankruptcy Court erred in granting the Debtor's Motion to Obtain Postpetition Credit on a Secured Basis under 11 U.S.C. §364(d)? More specifically, did the Bankruptcy Court err in determining that the Bank was adequately protected and, as a result, err in authorizing the Debtor to purchase and obtain an inventory of the drug Synagis on an open line of credit basis from a particular supplier, and to secure that line of credit by providing the supplier with a first position, super-priority lien on the inventory and accounts receivable, thereby allowing the extraordinary relief of obtaining postpetition debtor-in-possession secured financing under 11 U.S.C. §364(d) by priming the Bank's first position lien on the cash collateral?

Appellant:
BANK RHODE ISLAND
By its Attorneys,

/s/ Denean M. Russo
Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams Wieck DeLuca & Gemma Inc.
101 Dyer Street, Suite 400
Providence, Rhode Island 02903
(401) 454-8700
(401) 454-8755 (facsimile)
Dated: December 18, 2007

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within Appellant's Amended Designation was served by electronic mail through the Bankruptcy Court's Electronic Case Filing system on the 18th day of December, 2007, to the following counsel:

Andrew S. Richardson, Esq.
Steven J. Boyajian, Esq.
Boyajian Harrington & Richardson
andy@bhrlaw.com
steve@bhrlaw.com

Joseph P. Ferrucci, Esq.
Ferrucci Russo P.C.
jferrucci@frlawri.com

Leonard J. DePasquale, Esq.
Assistant United States Trustee
ustpregion01.pr.ecf@usdoj.gov

Attorney Lynda Laing
Strauss, Factor, Laing & Lyons
straussfactorlaw@cs.com

I hereby certify that on this 18th day of December 2007, a true copy of the within Appellant's Amended Designation was forwarded via first class mail, postage prepaid, to the following:

Attorney Carol Ann Slocum
Klehr Harrison Harvey Branzburg & Ellers
457 Haddonfield Road, Suite 510
Cherry Hill, NJ 08002-2220

/s/ Denean M. Russo

G:\Bank Rhode Island\Pawtuxet Valley Prescription & Surgical Center, Inc\Bankruptcy Pleadings\Amended Designation of Record - Postpetition Secured Credit Order 1207.doc