UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

PAWTUXET VALLEY PRESCRIPTION & SURGICAL CENTER, INC.

BK. 07-11767
CHAPTER 11

Debtor-In-Possession

APPELLEE'S LIMITED OBJECTION TO BANKRI'S MOTION FOR PERMISSION TO COMPILE AND TRANSMIT A PARTIAL SUPPLEMENTAL PORTION OF THE RECORD ON APPEAL

Pawtuxet Valley Prescription & Surgical Center, Inc., Debtor and Appellee, objects in part to the motion of BankRI for entry of an order granting it permission to compile and transmit "a partial supplemental portion of the record on appeal" of the Order of the United States Bankruptcy Court for the District of Rhode Island dated November 29, 2007 which granted the Debtor authority to obtain postpetiton credit on a secured basis ("Credit Order"). The reasons for the Debtor's objection are set forth in the accompanying memorandum of law.

PAWTUXET VALLEY PRESCRIPTION
& SURGICAL CENTER, INC.
By its Attorneys,

/s/ Steven J. Boyajian
Andrew S. Richardson (#2608)
Steven J. Boyajian (#7263)
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel. (401) 273-9600
Fax. (401) 273-9605
steve@bhrlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

PAWTUXET VALLEY PRESCRIPTION & SURGICAL CENTER, INC. — BK. 07-11767, CHAPTER 11

Debtor-In-Possession

MEMORANDUM OF LAW IN SUPPORT OF APPELLEE'S LIMITED OBJECTION TO BANKRI'S MOTION FOR PERMISSION TO COMPILE AND TRANSMIT A PARTIAL SUPPLEMENTAL PORTION OF THE RECORD ON APPEAL

On October 5, 2007, the United States Bankruptcy Court for the District of Rhode Island ("Bankruptcy Court") entered an order allowing the Debtor to use cash collateral over the objection of BankRI ("Cash Collateral Order"). BankRI mischaracterizes the Bankruptcy Court's decision in the Cash Collateral Order. The Cash Collateral Order did not authorize the Debtor's use of cash collateral without providing adequate protection to BankRI's secured claim. (See BankRI's pending motion at ¶ 1). The Cash Collateral Order explicitly found that BankRI's secured claim was adequately protected by an equity cushion in the collateral which secures its claim. ("Cash Collateral Order, p.5). Given this adequate protection the use of cash collateral was authorized. (Cash Collateral Order, p. 5). BankRI timely appealed the Cash Collateral Order to the United States District Court for the District of Rhode Island. The record was assembled by the clerk of the Bankruptcy Court and transmitted to the District Court in accordance with Federal Rule of Bankruptcy Procedure 8007 at which time the appeal was docketed (CA No. 07-390S)("Cash Collateral Appeal"). Opening briefs have been filed in the Cash Collateral Appeal.

PAWTUXET VALLEY PRESCRIPTION
& SURGICAL CENTER, INC.
By its Attorneys,

/s/ Steven J. Boyajian
Andrew S. Richardson (#2608)
Steven J. Boyajian (#7263)
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel. (401) 273-9600
Fax. (401) 273-9605
steve@bhrlaw.com