75% Non-Synagis Model

| | Oct. '07 | | Nov. '07 | | Dec. '07 | | Jan. '08 | | Feb. '08 | | Mar. '08 | | Apr. '08 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Co. Proj | 75% Non-Synagis | Co. Proj | 75% Non-Synagis | Co. Proj | 75% Non-Synagis | Co. Proj | 75% Non-Synagis | Co. Proj | 75% Non-Synagis | Co. Proj | 75% Non-Synagis | Co. Proj | 75% Non-Synagis | | | |
| Sales (Retail, Compound, DME) | 342 | | 342 | | 343 | | 342 | | 342 | | 342 | | 342 | | | 2,395 | |
| Sales (IV) | 240 | | 237 | | 233 | | 246 | | 236 | | 248 | | 240 | | | 1,680 | |
| **Non-Synagis as Modified** | | 437 | | 434 | | 432 | | 441 | | 434 | | 443 | | 437 | | **4,075** | **3,056** |
| Sales (Synagis) | 3 | 3 | 579 | 579 | 610 | 610 | 683 | 683 | 622 | 622 | 636 | 636 | - | - | | 3,133 | 3,133 |
| **Subtotal:** | **585** | **440** | **1,158** | **1,013** | **1,186** | **1,042** | **1,271** | **1,124** | **1,200** | **1,056** | **1,226** | **1,079** | **582** | **437** | | **7,208** | **6,189** |
| | | | | | | | | | | | | | | | | | |
| COGS (Retail, Compound, DME) | 204 | | 205 | | 205 | | 205 | | 205 | | 205 | | 205 | | | 1,434 | |
| COGS (IV) | 102 | | 187 | | 38 | | 125 | | 97 | | 139 | | 102 | | | 790 | |
| **Non-Synagis as Modified** | | 230 | | 294 | | 182 | | 248 | | 227 | | 258 | | 230 | | **2,224** | **1,668** |
| COGS (Synagis) | 3 | 3 | 332 | 332 | 437 | 437 | 469 | 469 | 418 | 418 | 232 | 232 | - | - | | 1,891 | 1,891 |
| **Subtotal:** | **309** | **233** | **724** | **626** | **680** | **619** | **799** | **717** | **720** | **645** | **576** | **490** | **307** | **230** | | **4,115** | **3,559** |
| | | | | | | | | | | | | | | | | | |
| G.M. (Retail, Compound, DME) | 138 | | 137 | | 138 | | 137 | | 137 | | 137 | | 137 | | | 961 | |
| G.M. (IV) | 138 | | 50 | | 195 | | 121 | | 139 | | 109 | | 138 | | | 890 | |
| | | 207 | | 140 | | 250 | | 194 | | 207 | | 185 | | 206 | | **1,851** | **1,388** |
| G.M. (Synagis) | - | - | 247 | 247 | 173 | 173 | 214 | 214 | 204 | 204 | 404 | 404 | - | - | | 1,242 | 1,242 |
| | **276** | **207** | **434** | **387** | **506** | **423** | **472** | **408** | **480** | **411** | **650** | **589** | **275** | **206** | | **3,093** | **2,630** |
| | **47.18%** | **47.10%** | **37.48%** | **38.22%** | **42.66%** | **40.57%** | **37.14%** | **36.25%** | **40.00%** | **38.94%** | **53.02%** | **63.52%** | **47.25%** | **47.25%** | | | |
| | | | | | | | | | | | | | | | | | |
| Sal.&Wages | 193 | | 246 | | 212 | | 215 | | 208 | | 229 | | 193 | | | 1,496 | |
| Ben.&P.Taxes | 38 | | 41 | | 41 | | 41 | | 41 | | 42 | | 38 | | | 282 | |
| Depreciation | 9 | | 9 | | 8 | | 9 | | 9 | | 9 | | 9 | | | 62 | |
| Other Op. Exp. | 96 | | 96 | | 96 | | 96 | | 96 | | 96 | | 96 | | | 672 | |
| Incremental Synagis Op. Exp. | - | - | 13 | | 11 | | 12 | | 13 | | 8 | | | - | | 57 | |
| **Expenses** | **336** | | **392** | | **357** | | **361** | | **354** | | **376** | | **336** | | | **2,512** | |
| **Incremental Synagis Op. Exp.** | **-** | **-** | **13** | **-** | **11** | **-** | **12** | **-** | **13** | **-** | **8** | **-** | **-** | **-** | | **57** | |
| | | | | | | | | | | | | | | | | | |
| Op Profit | (60) | | 29 | | 138 | | 99 | | 113 | | 266 | | (61) | | | **524** | |
| Operating Profit (modified) | | (129) | | (18) | | 55 | | 35 | | 44 | | 205 | | (130) | | **61** | |

***Company Projected: based on FY '08 company submitted Synagis projections and 8/30 projections for Non-Synagis revenue and expenses for the months Oct. '07 - April '08***

BANK'S EXHIBIT 8