**PAWTUXET VALLEY PRESCRIPTION**
**SYNAGIS INCOME STATEMENT**

| | Actual FY07 | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Oct-06** | **Nov-06** | **Dec-06** | **Jan-07** | **Feb-07** | **Mar-07** | **Apr-07** |
| **Sales** | | | | | | | |
| IV Synagis | 2,817 | 531,169 | 559,697 | 626,521 | 571,059 | 583,470 | 140 |
| **Gross Sales** | 2,817 | 531,169 | 559,697 | 626,521 | 571,059 | 583,470 | 140 |
| **Contractual Allowances** | - | - | - | - | - | - | - |
| **Net Sales** | 2,817 | 531,169 | 559,697 | 626,521 | 571,059 | 583,470 | 140 |
| **Cost of Goods Sold** | | | | | | | |
| Purchases IV Synagis | 2,635 | 305,034 | 400,934 | 429,880 | 383,382 | 213,273 | - |
| **Gross Profit** | 182 | 226,135 | 158,763 | 196,641 | 187,677 | 370,197 | 140 |
| *Gross Margin* | | 42.6% | 28.4% | 31.4% | 32.9% | 63.4% | |
| **Added Operating Expenses** | | | | | | | |
| Per Diem Total Payroll | - | 9,744.16 | 7,930.04 | 9,528.37 | 10,755.01 | 5,656.62 | - |
| Mileage Reimbursement | - | 2,768 | 2,089 | 2,013 | 2,045 | 2,209 | - |
| **Total Operating Expenses** | - | 12,512 | 10,019 | 11,541 | 12,800 | 7,866 | - |
| **Operating Profit** | 182 | 213,623 | 148,744 | 185,100 | 174,877 | 362,331 | 140 |

| | **FY07** |
|---|---|
| **Sales** | |
| IV Synagis | 2,874,873 |
| **Gross Sales** | 2,874,873 |
| **Contractual Allowances** | - |
| **Net Sales** | 2,874,873 |
| **Cost of Goods Sold** | |
| Purchases IV Synagis | 1,735,138 |
| **Gross Profit** | 1,139,735 |
| *Gross Margin* | 39.64% |
| **Added Operating Expenses** | |
| Per Diem Total Payroll | 43,614 |
| Mileage Reimbursement | 11,124 |
| **Total Operating Expenses** | 54,738 |
| **Operating Profit** | 1,084,997 |

**PAWTUXET VALLEY PRESCRIPTION**
**SYNAGIS INCOME STATEMENT**

**Projection**
**FY08**

| | Oct-07 | Nov-07 | Dec-07 | Jan-08 | Feb-08 | Mar-08 | Apr-08 |
|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | |
| IV Synagis | 3,071 | 578,978 | 610,074 | 682,913 | 622,459 | 635,987 | 153 |
| **Gross Sales** | 3,071 | 578,978 | 610,074 | 682,913 | 622,459 | 635,987 | 153 |
| **Contractual Allowances** | - | - | - | - | - | - | - |
| **Net Sales** | 3,071 | 578,978 | 610,074 | 682,913 | 622,459 | 635,987 | 153 |
| **Cost of Goods Sold** | | | | | | | |
| Purchases IV Synagis | 2,872 | 332,489 | 437,021 | 468,573 | 417,889 | 232,469 | - |
| **Gross Profit** | 198 | 246,489 | 173,053 | 214,340 | 204,569 | 403,518 | 153 |
| *Gross Margin* | | 42.6% | 28.4% | 31.4% | 32.9% | 63.4% | |
| **Added Operating Expenses** | | | | | | | |
| Per Diem Total Payroll | - | 10,231 | 8,327 | 10,005 | 11,293 | 5,939 | - |
| Mileage Reimbursement | - | 2,906 | 2,193 | 2,114 | 2,147 | 2,319 | - |
| **Total Operating Expenses** | - | 13,138 | 10,520 | 12,118 | 13,440 | 8,259 | - |
| **Operating Profit** | 198 | 233,351 | 162,533 | 202,222 | 191,129 | 395,259 | 153 |

***Assumptions***
*Synagis Cost increase 9%*
*Operating Cost Increase 5%*
*Sales increase 0%*

| | FY08 |
|---|---|
| **Sales** | |
| IV Synagis | 3,133,634 |
| **Gross Sales** | 3,133,634 |
| **Contractual Allowances** | - |
| **Net Sales** | 3,133,634 |
| **Cost of Goods Sold** | |
| Purchases IV Synagis | 1,891,314 |
| **Gross Profit** | 1,242,320 |
| *Gross Margin* | 39.64% |
| **Added Operating Expenses** | |
| Per Diem Total Payroll | 45,795 |
| Mileage Reimbursement | 11,680 |
| **Total Operating Expenses** | 57,475 |
| **Operating Profit** | 1,184,845 |

# Synagis Cost Increase FY07 to FY08

| 100mg vial | FY07 | FY08 | Increase | % |
|---|---|---|---|---|
| Synagis Cost | $ 1,317.44 | $ 1,436.02 | $ 118.58 | 9.00% |
| Synagis AWP | $ 1,671.88 | $ 1,822.35 | $ 150.47 | 9.00% |

| 50mg vial | FY07 | FY08 | % increase | % |
|---|---|---|---|---|
| Synagis Cost | $ 697.70 | $ 760.49 | $ 62.79 | 9.00% |
| Synagis AWP | $ 885.40 | $ 965.09 | $ 79.69 | 9.00% |

FY07 Synagis Vials by Month

| | 100mg | 50mg | Total Vials |
|---|---|---|---|
| Oct | 9 | 1 | |
| Nov | 275 | 53 | |
| Dec | 276 | 32 | |
| Jan | 330 | 29 | |
| Feb | 297 | 32 | |
| Mar | 251 | 21 | |
| Apr | 0 | 0 | |
| | 1438 | 168 | 1606 |
| % | 89.5% | 10.5% | |

Synagis Rate Increase
9.00%

Operating Rate Increase
5.00%

## Synagis Cash Collections Model

| NOVEMBER 2006 | W/E 11/03/06 | W/E 11/10/06 | W/E 11/17/06 | W/E 11/24/06 | W/E 11/30/06 | | MONTH TOTALS |
|---|---|---|---|---|---|---|---|
| CASH IN: | | | | | | | |
| Synagis - BC | 6,140 | 32,605 | 84,969 | - | 98,024 | | 221,738 |
| Synagis - NH | - | - | - | - | 169,227 | | 169,227 |
| | | | | | | Total | 390,966 |

| DECEMBER 2006 | W/E 12/01/06 | W/E 12/08/06 | W/E 12/15/06 | W/E 12/22/06 | W/E 12/29/06 | | MONTH TOTALS |
|---|---|---|---|---|---|---|---|
| CASH IN: | | | | | | | |
| Synagis - BC | - | 54,525 | 73,604 | 77,351 | 26,833 | | 232,312 |
| Synagis - NH | - | - | 55,529 | - | - | | 55,529 |
| | | | | | | Total | 287,841 |

| JANUARY 2007 | W/E 01/05/07 | W/E 01/12/07 | W/E 01/19/07 | W/E 01/26/07 | W/E 01/31/07 | | MONTH TOTALS |
|---|---|---|---|---|---|---|---|
| CASH IN: | | | | | | | |
| Synagis - Blue Cross | 66,537 | 48,048 | 48,617 | 38,108 | - | | 201,310 |
| Synagis - Neighborhood Health | 206,112 | - | 82,099 | - | 165,879 | | 454,090 |
| | | | | | | Total | 655,400 |

| FEBRUARY 2007 | W/E 2/2/07 | W/E 2/9/07 | W/E 2/16/07 | W/E 2/23/07 | W/E 2/28/07 | | MONTH TOTALS |
|---|---|---|---|---|---|---|---|
| CASH IN: | | | | | | | |
| Blue Cross - Synagis | 60,000 | 70,738 | 78,848 | 21,613 | - | | 231,198 |
| Neighborhood Health - Synagis | - | - | 129,532 | - | - | | 129,532 |
| | | | | | | Total | 360,730 |

| MARCH 2007 | W/E 3/2/07 | W/E 3/9/07 | W/E 3/16/07 | W/E 3/23/07 | W/E 3/30/07 | | MONTH TOTALS |
|---|---|---|---|---|---|---|---|
| CASH IN: | | | | | | | |
| Blue Cross - Synagis | 76,030 | 70,000 | 75,000 | 29,976 | 25,000 | | 276,007 |
| Neighborhood Health - Synagis | - | 171,180 | - | 115,522 | 166,985 | | 453,687 |
| | | | | | | Total | 729,694 |

| APRIL 2007 | W/E 4/6/07 | W/E 4/13/07 | W/E 4/20/07 | W/E 4/27/07 | W/E 4/30/07 | | MONTH TOTALS |
|---|---|---|---|---|---|---|---|
| CASH IN: | | | | | | | |
| Blue Cross - Synagis | 50,000 | - | - | - | - | | 50,000 |
| Neighborhood Health - Synagis | - | - | 109,216 | - | - | | 109,216 |
| | | | | | | Total | 159,216 |

**Total Cash Collections through April** 2,583,848