UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

PAWTUXET VALLEY PRESCRIPTION & SURGICAL CENTER, INC.

BK. 07-11767
CHAPTER 11

Debtor-In-Possession

**INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO AUTHORIZE THE USE OF CASH COLLATERAL AND RELATED RELIEF**

This matter came to be heard on September 5, 2007 upon the motion of Pawtuxet Valley Prescription & Surgical Center, Inc. ("Debtor") for entry of an Order, pursuant to 11 U.S.C. §§ 363 and 105 authorizing the use of cash collateral on an interim basis pending final approval, and prescribing procedures for providing notice of the foregoing, and after hearing thereon and in consideration thereof, it is hereby

*ORDERED*

1. The notice of hearing of the motion constitutes sufficient and adequate notice in accordance with Federal Rule of Bankruptcy Procedure 4001(b). No further notice of the relief sought in the motion is required.

2. The motion as it relates to the interim use of cash collateral is granted and this Order shall hereinafter be referred to as the "interim Order".

3. Debtor may use cash collateral pursuant to this interim Order for the payment of its reasonable ordinary and necessary business expenses including but not limited to the payment of its workers, the payment for supplies, utilities and insurance, including amounts paid for such purposes which may constitute administrative expense claims under the Code attributable to the operation of debtor's business, professional fees allowed by the Court upon application pursuant to Local Bankruptcy Rule 2014-1(e), and the fees of the U. S. Trustee and the Clerk of this

Court. This Order does not limit the right of any party to object to applications to employ or compensate professionals.

4. Debtor shall, within two business days from the entry of this Order, serve by mail copies of the notice of approval of this interim Order, together with a copy of this interim Order and the proposed final Order, to: (1) the parties having been given notice of the emergency hearing, (2) any other party which has filed a request for special notice with this Court and served such request on debtor's counsel, (3) counsel for any committee appointed pursuant to 11 U.S.C. §1102 (or if no committee as appointed, the 20 largest unsecured creditors of the debtor), and (4) all creditors who it appears to the debtor have an interest in the cash collateral the use of which is authorized by this Order.

5. Nothing contained within this order shall be construed as a determination of the secured status of AmerisourceBergen Drug Corporation ("Amerisource") which will be determined at a later date.

6. To the extent Bank Rhode Island ("BankRI") and Amerisource are later determined to be secured by the cash collateral used pursuant to this interim Order, they are granted a replacement lien upon property of the estate which is generated postpetition in accordance with now existing priorities.

7. The Debtor will provide Amerisource and BankRI with daily cash management plans displaying actual and projected receipts and expenditures until a final determination of the Debtor's right to use cash collateral.

RE: Pawtuxet Valley Prescription and Surgical Center, Inc. CH. 11 - BK. 07-11767

Debtor-In-Possession

8. Any party in interest objecting to the Debtor's motion to use cash collateral shall file written objections with the United States Bankruptcy Court Clerk for the District of Rhode Island no later than September 14, 2007 which objections shall be served so that the same are received on or before 4:30 P.M. prevailing Eastern Time of such date by the local office of the United States Trustee, Andrew S. Richardson, Boyajian, Harrington & Richardson, 182 Waterman Street, Providence, RI 02906 (debtor's counsel), Robert D. Wieck, MacAdmas Wieck, DeLuca and Gemma, Suite 400, 101 Dyer Street, Providence, RI 02903 (counsel for BankRI) and Joseph P. Ferrucci, Ferrucci Russo, 55 Pine Street, Suite 4, Providence RI 02903 (local counsel for Amerisource). The final hearing to approve the proposed final order shall commence on September 17, 2007 at 2:00 PM before this Court.

9. Nothing in this Order shall waive or otherwise prejudice any rights, remedies or claims between the Debtor and any other entity.

ENTERED as an Order of this Court as of this ________ day of September, 2007.

PER ORDER: ENTER:

______________________________ ______________________________

Deputy Clerk

Hon. Arthur N. Votolato, Jr.
United States Bankruptcy Judge

RE: Pawtuxet Valley Prescription and Surgical Center, Inc. CH. 11 - BK. 07-11767

Debtor-In-Possession

Presented by:
Steven J. Boyajian (#7263)
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel. 401-273-9600
Fax. 401-273-9605
steve@bhrlaw.com