UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

PAWTUXET VALLEY PRESCRIPTION & SURGICAL CENTER, INC. — BK. 07-11767, CHAPTER 11

Debtor-In-Possession

**ORDER**

This matter came to be heard on the Debtor's Motion to Obtain Postpetition Credit on a Secured Basis and the objection of BankRI thereto. After hearing and consideration of the parties' evidence and arguments it is hereby

ORDERED

That the Debtor may order the drug Synagis on credit from H.D. Smith Wholesale Drug Company ("H.D. Smith") in accordance with the terms of the Court's interim order of October 29, 2007 (Docket # 99).

ENTERED as an Order of this Court as of this 29th day of November, 2007.

PER ORDER:

L. Spaight
Deputy Clerk

ENTER:

Hon. Arthur N. Votolato, Jr.
United States Bankruptcy Judge

Entered on Docket:
11/29/07

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

PAWTUXET VALLEY PRESCRIPTION & SURGICAL CENTER, INC.

BK. 07-11767
CHAPTER 11

Debtor-In-Possession

INTERIM CONSENT ORDER REGARDING POSTPETITON CREDIT

This matter came to be heard on October 18, 2007 upon the Debtor's Motion to Obtain Postpetition Credit on a Secured Basis and the objection of Bank Rhode Island ("BankRI") thereto. After the commencement of the hearing, the Court requested the parties to consent to an Interim Order to permit Debtor to purchase the drug Synagis until the hearing resumes on November 7, 2007. BankRI consents to this Interim Order, which consent is without prejudice to its objections, all of which are expressly reserved and may be pressed at the resumed hearing. Subject to the reservations set forth above, the parties consent to the following Order:

**ORDERED**

1. That the Debtor may order a supply of the drug Synagis on credit from H.D. Smith Wholesale Drug Company ("H.D. Smith");

2. The outstanding credit balance shall not exceed $200,000;

3. Payment of all drafts against the line of credit shall be made within 28 days of issuance of a Weekly Statement by H.D. Smith in accordance with the proposed terms contained in the letter which is attached as Exhibit A;

4. That to secure the credit extended, H.D. Smith is granted a first position security interest in all Synagis shipped on credit and the receivables produced through its sale and the

cash proceeds thereof;

5. That BankRI is granted a second position security interest in all Synagis shipped on credit and the receivables produced through its sale and the cash proceeds thereof;

6. The Debtor is authorized to use the cash proceeds of Synagis sales to pay its operating expenses;

7. The liens granted to H.D. Smith and BankRI may be subject to a charging order issued by the Bankruptcy Court pursuant to 11 U.S.C. § 506(c); and

8. A continued hearing on the Debtor's motion and the objection of BankRI will be held at 10:00 AM on November 7, 2007.

ENTERED as an Order of this Court as of this 29th day of October, 2007.

PER ORDER:

L. Spaight

Deputy Clerk

ENTER:

Hon. Arthur N. Votolato, Jr.
United States Bankruptcy Judge

Consented to in form and substance:

BANK RHODE ISLAND

By its Attorneys,

/s/ Robert D. Wieck
Robert D. Wieck, Esq. #1739
Attorney Denean M. Russo #5043
MacAdams, Wieck, DeLuca & Gemma, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903
Tel. (401) 454-8700
Fax. (401) 454-8755

PAWTUXET VALLEY PRESCRIPTION & SURGICAL CENTER, INC.

By its Attorneys,

/s/ Andrew S. Richardson
Andrew S. Richardson, Esq. #2608
Steven J. Boyajian, Esq. #7263
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel. (401) 273-9600

H.D. SMITH

8 Marin Way • Stratham, New Hampshire 03885
Phone: 603.778.1884 • Toll Free: 866.238.9791 • Fax: 603.778.7659

Mr. Leo R. Blais
Mr. Mark Gilmore
Pawtuxet Valley Prescription & Surgical Center, Inc
85 Sandy Bottom Road
Century Plaza
Coventry, R.I. 02816

October 23, 2007

Re: Synagis

This is to confirm our conversation today that subject to the Bankruptcy's Court approval and the issuance of an executed "Order", H.D. Smith Wholesale Drug Company, 8 Marin Way, Stratham, New Hampshire agrees to sell to Pawtuxet Valley Prescription & Surgical Center, Inc., the product Synagis subject to the following terms and conditions.

- Terms – No more than 28 Days From Weekly Statement
- Credit Limit – Not to exceed $200,000
- 1st lien position on "All" Synagis Inventory and related Accounts Receivables
- Period – November 2007 to April 2008
- Remittance – Wire transfer Only
- Weekly report provided on Synagis' Sales, Accounts Receivables balances, and Cash Flow by Blue Cross & Blue Shield and Neighborhood
- All motions that are related to H.D. Smith will be reviewed by H. D. Smith and/or counsel prior to being circulated
- All payments are made when due

Sincerely,

Christian Herrington
Vice President, Division Manager

Cc: Jeffrey Loeb, Esq